In the Matter of the Compensation of
Patricia A. Pantekoek, Claimant.

ROSEBURG FOREST PRODUCTS,
*Petitioner,*

*v.*

Patricia A. PANTEKOEK,
*Respondent.*

(88-11361; CA A66162)

812 P2d 857

Adam T. Stamper, and Cowling & Heysell, Medford, filed the brief for petitioner.

Karen M. Werner, Eugene, and Michael R. Stebbins and Stebbins & Coffey, North Bend, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration in the light of *Aetna Casualty Co. v. Aschbacher,* 107 Or App 494, 812 P2d 844 (1991).